**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN 249203)
ak@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**KAZEROUNI LAW GROUP, APC**
Jason A. Ibey, Esq. (SBN 284607)
jason@kazlg.com
321 N Mall Drive, Suite R108
St. George, Utah 84790
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorneys for Plaintiff,*
Zachary Zermay

# UNITED STATES DISTRICT COURT FOR
# THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ZACHARY ZERMAY, individually and on behalf of others similarly situated,**<br><br>**Plaintiff,**<br><br>v.<br><br>**BCG ATTORNEY SEARCH,**<br><br>**Defendant.** | Case No. 2:22-cv-04778-FMO-AFM<br><br>**PROOF OF SERVICE OF SUMMONS AND COMPLAINT** |

---

1

**PROOF OF SERVICE OF SUMMONS AND COMPLAINT**

## RETURN OF SERVICE
### UNITED STATES DISTRICT COURT
### Central District of California

Case Number: 2:22-CV-04778 FMO (AFMX)

Plaintiff: **Zachary Zermay**
vs.
Defendant: **BCG Attorney Search**

For:
Abbas Kazerounian, Esq.
Kazerouni Law Group, APC
245 Fischer Ave.
Suite D1
Costa Mesa, CA 92626

Received by Sano Attorney Service to be served on **BCG Attorney Search, 25252 Malibu Road, Malibu, CA 90265**.

I, Nancy Banfield, do hereby affirm that on the **10th day of August, 2022** at **3:55 pm, I:**

**SUBSTITUTE** service by delivering a true and correct copy, pursuant to Rule 4 of the Federal Rules of Civil Procedure, of the **Summons; Complaint; Civil Case Sheet; Initial Standing Order; Notice to Parties of Court Directed ADR Packet; Notice to Councel Re Consent To Proceed Before A United States Magistrate Judge; Notice of Assignment To District Judge Fernando M. Olguin and Magistrate Judge Alexander F. MacKinnon; Certification & Notice of Interested Parties** to: **John "Doe", Co-Occupant to Marjorie Ouyang** as **Registered Agent**, at the within named person's usual place of **Abode,** who resides therin, who is eighteen (18) years of age or older and authorized to accept service for **BCG Attorney Search** at the address of: **25252 Malibu Road, Malibu, CA 90265**, and thereafter I mailed the documents on **8/12/2022,** from **Redlands,** addressed to the location where the service occurred.

**Description** of Person Served: Age: 35, Sex: M, Race/Skin Color: Cauc, Height: 6', Weight: 180, Hair: brown, Glasses: -

I certify that I am over the age of 18 and have no interest in the above action.

_____
Nancy Banfield
5054

**Sano Attorney Service**
**P.O. Box 1568**
**Riverside, CA 92502**
**(909) 425-2248**

Our Job Serial Number: SNO-2022005119
Ref: Zermay v. BCG
Service Fee: $207.50