**KAZEROUNI LAW GROUP, APC**
Jason A. Ibey, Esq. (SBN: 284607)
jason@kazlg.com
321 N Mall Drive, Suite R108
St. George, Utah 84790
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorneys for Plaintiff*
Zachary Zermay

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZACHARY ZERMAY, Individually and On Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br>     v.<br><br>BCG ATTORNEY SEARCH,<br><br>                Defendant. | **Case No.:** 2:22-cv-04778-FMO-AFM<br><br>**PLAINTIFF'S NOTICE OF SETTLEMENT WITH DEFENDANT BCG ATTORNEY SEARCH, ON AN INDIVIDUAL BASIS** |

**TO THIS COURT AND ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that the action has settled on an individual basis. Therefore, Plaintiff Zachary Zermay respectfully requests that all pending deadlines be vacated. Additionally, based on the terms of the confidential settlement, Plaintiff respectfully requests until July 21, 2023 to file a stipulation to dismiss the entire action with prejudice. Alternatively, Plaintiff respectfully requests a settlement disposition conference on or after January 27, 2023.

Dated: December 20, 2022                        Respectfully Submitted,

**KAZEROUNI LAW GROUP, APC**

By: /s/ *Jason A. Ibey*
JASON A. IBEY, ESQ.
jason@kazlg.com
*Attorney for Plaintiff*