UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 22-4778-FMO (AFMx) | Date | **May 9, 2023** |
|---|---|---|---|
| Title | **Zachary Zermay et al. v. BCG Attorney Search Inc** | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge |
|---|---|
| Gabriela Garcia | None Present |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:**     (In Chambers) Order re: Status Conference

    Having reviewed plaintiff's Notice of Settlement With Defendant BCG Attorney Search, On An Individual Basis (Dkt. 23), IT IS ORDERED THAT counsel for all parties shall appear in person for a status conference on **May 25, 2023, at 10:00 a.m.** in Courtroom 6D of the First Street Courthouse.

|  | 00 : 00 |
|---|---|
| Initials of Preparer | gga |