JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZACHARY ZERMAY, et al., | Case No. CV 22-4778 FMO (AFMx) |
| Plaintiffs, | |
| v. | **ORDER DISMISSING ACTION** |
| BCG ATTORNEY SEARCH INC, | |
| Defendant. | |

    The complaint in the above-captioned case contains individual and class allegations. The parties have filed a Notice of Settlement notifying the court that plaintiff has settled his claims with defendant. (See Dkt. 23, Plaintiff's Notice of Settlement With Defendant [] On An Individual Basis at 2). Plaintiff has clarified that the settlement is only as to plaintiff's individual claims, (see Dkt. 29, Plaintiff's Notice Re: Status of Class Allegations at 3), and that plaintiff "intends to dismiss the putative class claims without prejudice[.]" (id. at 2) (emphasis in the original).

    Having reviewed the case file and determined that no prejudice to the putative class will result from dismissal, IT IS ORDERED that the above-captioned action is hereby **dismissed with prejudice** as to plaintiff's individual claims and **without prejudice** as to the class claims. Plaintiff shall retain the right, upon good cause shown within **45 days from the filing date of this Order,** to re-open the action if settlement is not consummated. Any pending motion is **denied as moot**. Dated this 23rd day of May, 2023.

                                                    /s/
                                    Fernando M. Olguin
                                United States District Judge